IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN P. PARKER,
    Plaintiff,

vs.                         Case No. 3:08cv538/WS/MD

MANUFACTURING TECHNOLOGY, INC.,
    Defendant.

## REPORT AND RECOMMENDATION

This cause is before the court upon the parties' Joint Stipulation of Dismissal. (Doc. 11). The parties request that this action be dismissed with prejudice, with each party to bear its own costs.

Accordingly, it is respectfully RECOMMENDED:

1. That this action be DISMISSED WITH PREJUDICE, with each party to bear its own costs.

2. That all pending motions be DENIED as moot.

3. That the Clerk be directed to close the case in its entirety for all purposes.

At Pensacola, Florida, this 3rd day of June, 2009.

/s/ *Miles Davis*
        MILES DAVIS
        UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**