IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN P. PARKER,

    Plaintiff,

v.                                                                     3:08cv538-WS

MANUFACTURING TECHNOLOGY, INC.,

    Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 12) docketed June 3, 2009.  The magistrate judge recommends that this case be dismissed with prejudice pursuant to the parties' joint stipulation of dismissal (doc. 11).

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 12) is hereby ADOPTED and incorporated by reference into this order.

2.  The Clerk shall enter judgment of dismissal, with prejudice, consistent with the parties' stipulation.

DONE AND ORDERED this      1st      day of      July     , 2009.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE